## THE STATE *v.* DRISCHEL.

APPEAL from the *Wayne* Circuit Court.

GREGORY, C. J.—The defendant was indicted in the court below on the 11th of *February*, 1865, for selling intoxicating liquors by a less quantity than a quart at a time, on *Sunday*, he being licensed according to law to barter and sell intoxicating liquors. The indictment was quashed. This was right. *Hingle* v. *The State*, 24 Ind. 35.

The judgment is affirmed.

*D. E. Williamson*, Attorney General, for the State.

*G. A. Johnson*, for appellee.